**JACOBS & BARBONE, P.A.**

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

EDWIN J. JACOBS, JR.
LOUIS M. BARBONE
ARTHUR J. MURRAY

1125 PACIFIC AVENUE
ATLANTIC CITY, NEW JERSEY 08401
PHONE: (609) 348-1125
FAX: (609) 348-3774
E-MAIL: JACOBSBARBONE@COMCAST.NET

ERIKA A. APPENZELLER
STEPHEN F. FUNK
ERIC H. LUBIN
CHRISTIAN M. SCHEUERMAN

MANUEL H. GREENBERG
OF COUNSEL

December 1, 2008

Honorable Noel L. Hillman
U.S. District Court
Mitchell H. Cohen
U.S. Courthouse, Room 6020
1 John F. Jerry Plaza
P.O. Box 2706
Camden, NJ  08101

    RE:    Colle v. City of Millville, Former Police Chief Ronald Harvey, et als.
            Civil No. 07-5834-NLH-AMD
            Our File No. 9478

Dear Judge Hillman:

    Currently pending before Your Honor is a Motion to Dismiss filed by defendant City of Millville in the above referenced matter. Due to an unexpected death in the family of one of the attorneys in my firm as well as an unexpected surgery involving one of the attorneys in my firm, I am compelled to request a further extension as it relates to plaintiff's opposition brief.

    Currrently, plaintiff's opposition brief is due December 1, 2008, with all reply briefs being due December 8, 2008 and the motion being returnable on December 15, 2008.

    <u>With the consent from all of my adversaries</u>, I am requesting that the motion be carried until January 5, 2009 with opposition being due on December 22, 2008 and reply briefs being due on December 29, 2008. Would Your Honor please confirm whether this request is granted?

                                      Respectfully yours,
                                      JACOBS & BARBONE, P.A.

                                      /s/Arthur J. Murray
AJM:jgg                            Arthur J. Murray
cc:   Todd J. Gelfand, Esq. (via email only)
      Charles B. Austermuhl, Esq. (via email only)
      Michael Madden, Esq. (via email only)
      Robert Colle (via regular mail)

SO ORDERED:

*/s/ Noel L. Hillman*
NOEL L. HILLMAN, U.S.D.J.

Dated: December 2, 2008